UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DENIEL SHUMEIKO,

                              Plaintiff,

                -against-

DEUTSCHE BANK TRUST COMPANY AMERICAS.,

                              Defendant.

26 CIVIL 03654 (LTS)

**CIVIL JUDGMENT**

      For the reasons stated in the June 12, 2026, order, this action is dismissed.

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

      SO ORDERED.

Dated:    June 17, 2026
          New York, New York

                              /s/ Laura Taylor Swain
                              LAURA TAYLOR SWAIN
                              Chief United States District Judge